UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SPECTRA NAVIGATION LTD.          :

              Plaintiff,           :

   - against -                                :           08 CV _____
                                                        ECF CASE
SK SHIPPING (SINGAPORE) PTE LTD. :

             Defendant.         :
------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 21, 2008
       New York, NY

                                   The Plaintiff,
                                   SPECTRA NAVIGATION LTD.

                                   By: _____
                                   Claurisse Campanale-Orozco (CC 3581)
                                   Thomas L. Tisdale (TT 5263)
                                   TISDALE LAW OFFICES, LLC
                                   11 West 42nd Street, Suite 900
                                   New York, NY 10036
                                   (212) 354-0025 – phone
                                   (212) 869-0067 – fax
                                   corozco@tisdale-law.com
                                   ttisdale@tisdale-law.com