244-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
SK SHIPPING (SINGAPORE) PTE LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SPECTRA NAVIGATION LTD.,

                     Plaintiff,

    -against-

SK SHIPPING (SINGAPORE) PTE LTD.,

                     Defendant.
------------------------------------------------------------------------x

**08 CV 3746 (WHP)**

**RULE 7.1 STATEMENT**

    The Defendant, SK SHIPPING (SINGAPORE) PTE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Defendant is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Defendant
                                    SK SHIPPING (SINGAPORE) PTE LTD.

          By:      _____
                                    Michael E. Unger (MU 0045)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Fax: (212) 425-1901

NYDOCS1/303668.1