11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*  SOUTHPORT CT 06890
*DATE FILED:* ~~2/~~ *7/21/08*

TL@TISDALE-LAW.COM          *New York, NY · Southport, CT*          WWW.TISDALE-LAW.COM

JUL 1 4 2008

**MEMO ENDORSED**

July 14, 2008

**Via Facsimile  212 805 6390**
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
*7/18/08*

**Re:    Spectra Navigation Ltd. v. SK Shipping (Singapore) Pte. Ltd.**
Docket Number: 08 Civ. 3746
Our Reference Number: 08-1865

*The initial pre-trial conference is adjourned to August 22, 2008 at 11:00 a.m.*

Honorable Judge Pauley:

        We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 22, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

        We are currently negotiating the terms of alternate security in the above matter and anticipate that once it is finalized, we will be dismissing the action. We therefore respectfully request an adjournment, with consent of Defendant's counsel, of the initial pre-trial conference scheduled for Friday, July 18, 2008 at 12:45 p.m. We will advise the court and provide a voluntary dismissal once negotiations are is completed.

        Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

Claurisse Campanale-Orozco

dk

cc:     *Via Facsimile  212 425 1901*
Michael Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY