```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SPECTRA NAVIGATION LTD.,                :
                                        :   08 Civ. 3746 (WHP)
                        Plaintiff,      :
                                        :   <u>ORDER</u>
        -against-                       :
                                        :
SK SHIPPING (SINGAPORE) PTE. LTD.,      :
                                        :
                        Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days of the date of this Order. The Clerk of the Court is directed to terminate all motions pending as of this date and mark the case closed.

Dated: August 22, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Claurisse Ann Campanale-Orozco, Esq.
Tsidale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
*Counsel for Plaintiff*

Michael E. Unger, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant*